THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| BOTH WEANG, | At Law or In Admiralty |
| Plaintiff, | No. 2:17-cv-00929RSM |
| v. | **ORDER OF DISMISSAL** |
| IQUIQUE U.S., LLC; ARICA VESSEL, LLC; GLACIER FISH COMPANY, LLC; In Persoman, and the F/T ARICA, Official Number 550139, her engines, tackle, gear, apparel, and equipment, In Rem, | |
| Defendants. | |

ORDER

Based upon the Stipulation of the parties, the referenced claims of Plaintiff's are hereby dismissed with prejudice, and without costs.

Dated this 21 day of March 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

{28835-00394898;1}
ORDER OF DISMISSAL– Page 1
No. 2:17-cv-00929

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990